UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:18-CR-00186-01 |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| RANSOM WHITE | * | MAGISTRATE JUDGE HANNA |

ORDER OF FORFEITURE

**WHEREAS**, in the Criminal Forfeiture Allegation of the Indictment, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of all property, real or personal, used or intended to be used to commit or promote the commission of the Conspiracy to Distribute Controlled Substances as charged in Count 1 of the Indictment;

**AND WHEREAS**, the defendant, RANSOM WHITE, guilty on Count 1 of the Indictment on May 30, 2019. As set forth in the United States Motion for Preliminary Order of Forfeiture, the evidence presented established the requisite nexus between the properties outlined below and the offenses charged in Count 1 for which the defendant pled guilty.

**THEREFORE**, the United States is entitled to an Order of Forfeiture of these assets pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. That the United States is hereby authorized to seize the following assets of defendant, RANSOM WHITE, and they are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853:

    - The residential land and structure located at 105 Tasvo Trail, Lafayette, Louisiana, 70508, more specifically described as follows: That certain lot of ground, together with all buildings and improvements and the component parts thereof, situated in Section 34, T10S, R4E, Lafayette Parish, Louisiana, and being known and designated as LOT 55 of AUDUBON PLANTATION SUBDIVISION, PHASE II, said lot having such measurements, boundaries, configurations and dimensions as are more fully shown and described on that certain plat of survey prepared by Comeaux Engineering & Consulting dated August 11, 2014, revised August 18, 2014, a copy of which is attached to that certain act filed under Entry No. 2014-32675, records of Lafayette Parish, Louisiana, which plat of survey is made a part hereof by reference thereto which is currently registered in the names of Ransom Cardel White and Lateefaht Williams White.

2. That pursuant to 21 U.S.C. § 853 and § 853(n), the government shall publish once for three successive weeks on an official government internet site (www.forfeiture.gov), notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, RANSOM WHITE, having or claiming a legal interest in the forfeited property must file a petition with this Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property; shall be signed

by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petition's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of forfeiture, as a substitute for published notice as to those persons so notified.

That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 218 U.S.C. § 853, in which all interests will be addressed.

THUS ORDERED AND SIGNED this 18th day of June, 2019, at New Orleans, Louisiana.

_____
JAY C. ZAINEY
United States District Judge